IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE                                             :          CIVIL ACTION
                                                     :
   v.                                                :          No. 19-358
                                                     :
UNIVERSITY OF THE SCIENCES                           :

## ORDER

AND NOW, this 17th day of April, 2019, Plaintiff John Doe having filed an Amended

Complaint, it is ORDERED Defendant University of the Sciences's Motion to Dismiss (Document

16) is DISMISSED as MOOT.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.