IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-358 |
| | : | |
| UNIVERSITY OF THE SCIENCES | : | |

# **ORDER**

AND NOW, this 29th day of July, 2019, upon consideration of Defendant University of the Sciences' Motion to Dismiss the Amended Complaint, Plaintiff John Doe's opposition, the University's reply, and the parties' presentation at the July 10, 2019, oral argument, and for the reasons set forth in the accompanying memorandum, it is ORDERED the Motion (Document 23) is GRANTED and the Amended Complaint is DISMISSED with prejudice.

The Clerk shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.