IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 19-cv-358- JS |
| UNIVERSITY OF THE SCIENCES | : JURY TRIAL DEMADED |
| Defendant. | : |

### NOTICE OF APPEAL

Plaintiff John Doe hereby gives notice of appeal to the Third Circuit Court of Appeals from the Order of the District Court entered July 29, 2019 (Doc No. 37) and the Opinion of the District Court granting Defendant's Motion to Dismiss entered July 29, 2019 (Doc No. 36).

Respectfully submitted,

**MINCEY FITZPATRICK ROSS, LLC**

Date: August 23, 2019   By:   /s/ Riley H. Ross III
Riley H. Ross III, PA I.D. #204676
Zainab K. Ali, PA I.D. #321181
Two Penn Center
1500 JFK Blvd. Suite 1525
Philadelphia, PA 19102
(215) 587-0006
riley@minceyfitzross.com

**CERTIFICATE OF SERVICE**

      I, Riley H. Ross III, hereby certify that I caused a true copy of the foregoing Notice to be served via ECF and that the document is available for viewing.

Date: August 23, 2019                                        /s/ Riley H. Ross IIII
                                                                                Riley H. Ross III