IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-358 |
| | : | |
| UNIVERSITY OF THE SCIENCES | : | |

## **ORDER**

AND NOW, this 21st day of August, 2020, following an August 21, 2020, telephone conference with the parties, it is ORDERED the schedule is outlined as follows:

- Defendant's response to Plaintiff's Motion for Temporary Restraining Order (Document 58) is due on August 24, 2020;
- Plaintiff's reply, if necessary, is due August 25, 2020;
- A hearing on Plaintiff's Motion for Temporary Restraining Order (Document 58) will be held by telephone on August 26, 2020, at 1:00 p.m. Dial-in information for the conference will be circulated separately.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.