IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-358 |
| | : | |
| UNIVERSITY OF THE SCIENCES | : | |

**<u>ORDER</u>**

AND NOW, this 31st day of August, 2020, upon consideration of Plaintiff John Doe's Motion for Temporary Restraining Order and Preliminary Injunction, Defendant University of the Sciences's opposition and Cross-Motion to Stay Litigation Pending the Outcome of the University Hearing, Doe's reply in support of his Motion and opposition to the University's Cross-Motion, and the parties' presentations at the August 26, 2020 hearing on the motions, and for the reasons stated in the forthcoming Memorandum, it is ORDERED Doe's Motion (Document 58) is DENIED.

It is further ORDERED the University's Cross-Motion (Document 70) is DENIED.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.