UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | Case Number: 2:19-cv-00358 |
| Plaintiff-, | Judge: SANCHEZ |
| v. | REQUEST FOR ENTRY OF DEFAULT |
| UNIVERSITY OF THE SCIENCES. | |
| Defendants-Appellees | |

TO THE CLERK:

Plaintiff respectfully requests that the Clerk of Court enter Default against Defendant University of the Sciences, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein, and observes that Defendant has failed to plead as required by Fed. R. Civ. P. 12(a)(4)(A).

Respectfully submitted,

  /s/ Riley Ross
Riley H. Ross III
MINCEY FITZPATRICK ROSS, LLC
Two Penn Center
1500 JFK Blvd., Suite 1525
Philadelphia, PA 19102

Joshua Adam Engel (OH 0075769)
  *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the ECF System this September 2, 2020 upon all counsel of record.

                                                /s/ Riley Ross
                                                Riley H. Ross III