IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Doe, | : |
|         Plaintiff, | : |
| v. | : No. 19-cv-358-JS |
| University of the Sciences, | : |
|         Defendant. | : |

### STIPULATION TO FILE ANSWER AND WITHDRAW MOTIONS

Pursuant to Local Rule 7.4, the parties hereby stipulate as follows:

1. Defendant, University of the Sciences, shall file its Answer to Plaintiff's Amended Complaint on or before September 9, 2020.

2. Plaintiff's Motion for Entry of Default Judgment (doc. 79) and Plaintiff's Request for Entry of Default (doc. 80) are hereby withdrawn.

/s/ Riley H. Ross, III
Riley H. Ross III, Esquire
Mincey Fitzpatrick Ross, LLC
Two Penn Center
1500 JFK Blvd Suite 1525
Philadelphia, PA 19102

Joshua A. Engel, Esquire
Engel & Martin, LLC
4660 Duke Drive, Suite 101
Mason, OH  45040

*Attorneys for Plaintiff*

/s/ Leslie Miller Greenspan
Joe H. Tucker, Esquire
Leslie Miller Greenspan, Esquire
Tucker Law Group, LLC
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorneys for Defendant*

Dated:  September 2, 2020

**BY THE COURT:**

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.                                                        Dated: September 3, 2020