# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | Case Number: 2:19-cv-00358 |
| Plaintiff-, | Judge: SANCHEZ |
| v. | STIPUATION OF DISMISSAL |
| UNIVERSITY OF THE SCIENCES. | |
| Defendants-Appellees | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a settlement between the parties, Plaintiff John Doe and Defendant University of the Sciences hereby stipulate to the dismissal WITH PREJUDICE of all claims arising out of the transaction or occurrence that is the subject matter of the Amended Complaint. The parties will pay their own costs, attorney's fees, and expenses incurred in prosecuting or defending this matter.

Respectfully submitted,

FOR PLAINTIFF:

　　　　/s/ Joshua A. Engel
Riley H. Ross III
MINCEY FITZPATRICK ROSS, LLC
Centre Square
1500 Market Street, 12th Flr - East Tower
Philadelphia, PA 19102

Joshua Adam Engel (OH 0075769)
　　　*Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com


FOR DEFENDANT:

　　　　/s/ Leslie Miller Greenspan
Joe H. Tucker, Jr.,
Leslie Miller Greenspan
TUCKER LAW GROUP, LLC
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the ECF System this December 22, 2020 upon all counsel of record.

　　　　/s/ Riley H. Ross III
　　　　Riley H. Ross III